**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL MERRIWEATHER, etc.,

        Plaintiff,

vs.                                                    Case No. 3:08-cv-836-J-32TEM

LATRESE & KEVIN ENTERPRISES, INC.,
etc., et al.,

        Defendants.

_____

## **ORDER**[1]

This case is before the Court on Plaintiff's Motion to Conditionally Certify Collective Action (Doc. 24). Despite being directed to do so, defendants have failed to respond and the Court therefore assumes the motion is unopposed. Upon review of the file, the Court finds plaintiff has demonstrated there is a reasonable basis to believe there are sales representatives now or previously employed by defendants in Jacksonville, Florida who were subjected to the same compensation practices with regard to overtime wages that plaintiff, in his amended complaint, alleges he was subjected to, such that those present and former sales representatives are "similarly situated" for purposes of an FLSA collective action. Plaintiff has further provided sufficient evidence to demonstrate that other similarly situated sales representatives would join this action if provided notice. Thus, the Court finds this case should be conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b) and that notice should issue advising the prospective members of the conditional certification.

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

See Hipp v. Liberty Nat'l Life Ins. Co., 252 F.3d 1208, 1219 (11th Cir. 2001).

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members (Doc. 24) is **GRANTED**. No later than **May 1, 2009** defendants shall post a copy of the Notice (attached to the motion as Exhibit A but with the "opt-in date" on page 2 filled in to read "July 31, 2009" ) in its offices in Jacksonville, Florida where it may be viewed by hourly paid sales representatives. The Notice shall remain visibly posted until July 31, 2009. No later than **May 1, 2009** defendants shall also provide plaintiff's counsel with a list of the names and addresses of all putative collective action members (hourly paid sales representatives who are now or have worked for defendants in the past three years) to whom plaintiff shall mail the Notice (in the form attached to the motion as Exhibit A but with the "opt-in date" on page 2 filled in to read "July 31, 2009") and a blank consent to join (in the form attached to the motion as Exhibit B). No other enclosures may be included in the mailing. The parties shall file notices with the Court advising of their compliance with the terms of this Order.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of April, 2009.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
counsel of record