**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL MERRIWEATHER,

          Plaintiff,

vs.                                          Case No. 3:08-cv-836-J-32TEM

LATRESE & KEVIN ENTERPRISES,
INC., et al.,

          Defendants.

_____

## ORDER

      This case is before the Court on the Magistrate Judge's January 31, 2011 Report and Recommendation (Doc. 96).   No objections were filed and the time in which to do so has now passed.  Upon independent de novo review, it is hereby

      **ORDERED**:

      1.     The Report and Recommendation (Doc. 96) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

      2.     The parties' amended proposed consent judgment (Doc. 83-1) be found to be a **FAIR AND REASONABLE RESOLUTION** of a *bona fide* FLSA dispute.

      3.     This case is **DISMISSED WITH PREJUDICE**.

      4.     The Clerk is directed to close the file.

      **DONE AND ORDERED** at Jacksonville, Florida this 11th day of March, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record